IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AMBER HANSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 12-3125 |
| ) | |
| REGINALD BLAKE EDMONDS, Jr., ) | |
| individually and as next friend of ) | |
| Reginald Blake Edmonds III and ) | |
| Connor Haldor Edmonds, ) | |
| ) | |
| Defendant. ) | |

<u>OPINION</u>

SUE E. MYERSCOUGH, U.S. District Judge:

This matter is before the Court on the Report and Recommendation (d/e 6) entered by Magistrate Judge Byron G. Cudmore on May 22, 2012, recommending that this matter be dismissed pursuant to 28 U.S.C. § 1915(e)(2) for lack of jurisdiction and remanded to state court for further proceedings pursuant to 28 U.S. C. § 1447. Neither party filed an objection to the Report and Recommendation within fourteen (14) days of the entry of the Report and Recommendation. <u>See</u>

28 U.S.C. § 636(b)(1).  Thus, this Court accepts the Report and Recommendation.  See Schur v. L.A. Weight Loss Centers, Inc., 577 F.3d 752, 760 (7th Cir. 2009) ("If no party objects to the magistrate judge's action, the district judge may simply accept it.")

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (d/e 6) is ACCEPTED by this Court;

(2) This matter is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2) for lack of jurisdiction and REMANDED to state court for further proceedings pursuant to 28 U.S.C. § 1447.

(3) All pending Motions are DENIED AS MOOT.

IT IS SO ORDERED.

ENTERED: June 11, 2012

FOR THE COURT:

                               s/ Sue E. Myerscough
                               SUE E. MYERSCOUGH
                               UNITED STATE DISTRICT JUDGE